# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PAUL LATHAM                                                                                                    PETITIONER
ADC #75647

V.                                              NO. 5:14CV00300 SWW/JTR

RAY HOBBS, Director,                                                                                       RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2), is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE